[No. 32540-0-I.     Division One.  April 18, 1994.]

*In the Matter of the Personal Restraint of* RANDY
TOLLEFSEN, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by
unpublished opinion per Agid, J., concurred in by Pekelis,
A.C.J., and Becker, J.

[No. 30698-7-I.     Division One.     April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS
ALBERT MILLAN-VALDIVIA, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 92-1-00196-1, Byron L. Swedberg, J., en-
tered May 5, 1992. *Affirmed* by unpublished per curiam
opinion.

[No. 12981-1-III.     Division Three.     April 19, 1994.]

PATRICIA DOWIE, *Appellant*, v. MOTOYO
HARVILL, *Respondent.*

Appeal from a judgment of the Superior Court for Grant
County, No. 92-2-07250-4, Kenneth L. Jorgensen, J., entered
January 8, 1993. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Thompson, C.J., and Schultheis,
J.

[No. 13210-2-III.     Division Three.     April 19, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID C.
ALMAGUER, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 89-1-01152-8, Stephen M. Brown, J., entered
April 9, 1993. *Vacated* and *remanded* by unpublished per
curiam opinion.